Gerald A. WILMER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 628, 2015

Supreme Court of Delaware.

Submitted: January 21, 2016
Decided: April 5, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 9603002509

DENIED. GRANTED. AFFIRMED.